| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA | |
| Case number (if known) _____ Chapter 11 | ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Capital Security Solutions, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 83-1013353 |
| 4. | Debtor's address | **Principal place of business**<br><br>2968 Del Paso Boulevard<br>Suite 3B<br>Sacramento, CA 95815<br>Number, Street, City, State & ZIP Code<br><br>Sacramento<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **Capital Security Solutions, Inc.**_____   Case number (*if known*)_____
         <sub>Name</sub>

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | |       5616       |

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ■ Chapter 11. *Check all that apply*: |

|  |  |
|---|---|
| ■ | Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). |
| ■ | The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| ■ | The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| ☐ | A plan is being filed with this petition. |
| ☐ | Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| ☐ | The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| ☐ | The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. | | | |
|---|---|---|---|---|---|
| | | District _____ | When _____ | Case number _____ |
| | | District _____ | When _____ | Case number _____ |

Debtor **Capital Security Solutions, Inc.**  Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **Capital Security Solutions, Inc.**            Case number (*if known*) _____
         Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Capital Security Solutions, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　April 30, 2025
　　　　　　　MM / DD / YYYY

X _/s/ Hamlet Serobyan_　　　　　　　　　　Hamlet Serobyan
　Signature of authorized representative of debtor　　Printed name

Title　**Chief Executive Officer**

**18. Signature of attorney**

X _/s/ David C. Johnston_　　　　　　　　　Date　April 30, 2025
　Signature of attorney for debtor　　　　　　　　　MM / DD / YYYY

David C. Johnston 71367
Printed name

David C. Johnston
Firm name

1600 G Street, Suite 102
Modesto, CA 95354
Number, Street, City, State & ZIP Code

Contact phone　(209) 579-1150　　Email address　david@johnstonbusinesslaw.com

71367 CA
Bar number and State

**United States Bankruptcy Court**
**Eastern District of California**

In re   Capital Security Solutions, Inc.             Case No. _____
                                     Debtor(s)             Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Hamlet Serobyan, declare under penalty of perjury that I am the Chief Executive Officer of Capital Security Solutions, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of the Corporation at a special meeting duly called and held on the 30th day of April, 2025.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Subchapter V of Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Hamlet Serobyan, Chief Executive Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Hamlet Serobyan, Chief Executive Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Hamlet Serobyan, Chief Executive Officer of this Corporation is authorized and directed to employ David C. Johnston, Attorney at Law, to represent the Corporation in such bankruptcy case."

Date   April 30, 2025                      Signed _/s/ Hamlet Serobyan_____
                                                                 Hamlet Serobyan

Resolution of Board of Directors
of
**Capital Security Solutions, Inc.**

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Subchapter V of Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Hamlet Serobyan, Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Hamlet Serobyan, Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Hamlet Serobyan, Chief Executive Officer** of this Corporation is authorized and directed to employ **David C. Johnston, Attorney at Law**, to represent the Corporation in such bankruptcy case.

Date **April 30, 2025**                    Signed _____
                                                                    Hamlet Serobyan, Sole Director